UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ARTHUR L. STARKS,  ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-1192-SEB-VSS |
| ) | |
| ELI LILLY, ) | |
| ) | |
| Defendant. ) | |

## J U D G M E N T

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant's motion for summary judgment is **GRANTED** and that judgment is entered for the defendant and against the plaintiff on his complaint.

The costs of this action are assessed against the plaintiff.

Date: 09/29/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Arthur L. Starks
5832 Bolton Ct., #102
Indianapolis, IN 46219

Craig M. Borowski
cmborows@bakerd.com

Ellen E. Boshkoff
ellen.boshkoff@bakerd.com